IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR the USE and BENEFIT of the<br>HIGHLAND RENOVATION CORPORATION<br>6705 Kelly Road<br>Warrenton, VA 20187<br><br>        Plaintiff,<br><br>        vs.<br><br>HANOVER INSURANCE GROUP<br>d/b/a HANOVER INSURANCE COMPANY<br>440 Lincoln Street<br>Worcester, MA 01653<br><br>Serve:  C.T. Corporation System<br>         1015 15th Street, N.W.<br>         Washington, D.C. 20005<br>         *Registered Agent*<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

COMES NOW the Plaintiff, the United States of America for the Use and Benefit of the Highland Renovation Corporation ("Highland") and for its Complaint against Hanover Insurance Group, Inc. d/b/a Hanover Insurance Company ("Hanover Insurance") alleges as follows:

### **Jurisdiction and Venue**

1. This Court has subject matter jurisdiction over this dispute pursuant to 40 U.S.C.A. § 3133(b) and 28 U.S.C. § 1332.

2. Venue is also appropriate in this Court pursuant to 40 U.S.C.A. § 1333 as the project that is the source of this dispute is located in this judicial district.

## Parties

3. The Use Plaintiff, Highland, is a Virginia Corporation with its principal place of business at 6705 Kelly Road, Warrenton, Virginia, 20187, and at all relevant times hereto, Highland was engaged in the business of renovating the Old Post Office Pavilion.

4. The Defendant, Hanover Insurance, is a business organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business located at 440 Lincoln Street, Worcester, Massachusetts, 01653.

## Background Facts

5. On or about June 30, 2004, November 19, 2004, and April 26, 2006, the United States Government through the General Services Administration ("GSA"), and the Military Personnel Services Corporation ("MPSC"), entered into Contract No. GS-11P-04-ZG-C-0212, Contract No. GS-11P-04-ZG-C-0221, and Contract No. GS-ZG-11P-06-ZG-C-0166 respectively, whereby MPSC agreed to furnish all the labor and materials and perform all the work required for the renovation of the Old Post Office Pavilion ("The Project") at 1100 Penn Avenue, Washington, D.C., 20004.

6. Thereafter, MPSC entered into a direct contractual arrangement with the Plaintiff, Highland on June 20, 2006, whereby Highland was directed to perform the renovation work at the Old Post Office Pavilion required by MPSC pursuant to the aforesaid contracts with GSA.

7. In order to secure its payment obligations for the Project, and as required by the Miller Act, MPSC supplied Payment Bonds for Contract GS-11P-06-ZG-C-0166 in the amount of $401,452, Contract GS-11P-04-ZG-C-212 in the amount of $902,650, and Contract GS-11P-04-ZG-C-0221 in the amount of $326,926, which was issued by Defendant Hanover Insurance.

8. During the course of the Project, GSA requested and directed that Highland perform work for Nine Requests for Proposals (RFP) from MPSC for work in addition to the work specified on the original contracts which had a value of $58,183.00.

9. During the course of work at the Project, GSA and MPSC requested and directed Highland to perform Twenty-Three Change Orders that went beyond the scope of the original contracts. These Twenty-Three Change Orders had a value of $160,375.94 which included materials and labor that were additional to the scope of work approved for the Project by GSA, in the aforesaid original three contracts.

10. The Use Plaintiff, Highland, has fully and satisfactorily furnished all of the labor and materials required of it pursuant to its Contract with MPSC, including the work directed in the Nine Requests for Proposals from GSA, and the Twenty-Three Change Orders it was directed to perform by MPSC and GSA.

11. There is a balance in the amount of $54,830.10 that MPSC still owes Highland on Contracts GS-11P-04-ZG-C-0212 and GS-11P-04-ZG-C-0221, and a balance still owed by MPSC in the amount of $55,793.93 for Contract GS-11P-06-ZG-C-0166.

12. Despite proper demand, MPSC has refused to pay Highland the Contract Balances owed in the amount of $110,624.03 plus the sums owed for the Requests for Proposals in the total amount of $58,183.06, and the sums owed for the additional Twenty-Three Change Orders in the amount of $160,375.94.

13. Within ninety days of Highland's last work on the Project, Highland provided notice of its claim to MPSC's surety, Hanover Insurance.

14. More than ninety days, but less than one year, have now passed since Highland's last

work on the Project.

15. All conditions necessary to bring this action have been satisfied.

16. MPSC has failed to make payments due to Highland in connection with Highland's work on the Project and under the Subcontract in the total amount of $329,183.03.

17. MPSC has no legitimate basis for its failure to pay Highland the amount it is due in connection with its performance on the Project.

18. Highland is owed $329,183.03 for labor and materials supplied in the prosecution of its work on the Project.

19. AS MPSC's Miller Act surety, Defendant Hanover Insurance is liable under its payment bonds for the unpaid amounts due Highland under its Subcontract with MPSC.

WHEREFORE, Highland hereby demands judgment against The Hanover Insurance Group, Inc., doing business as the Hanover Insurance Company, in an amount of Three Hundred and Twenty-Nine Thousand, One Hundred and Eighty-Three Dollars and Three Cents ($329,183.03), plus reasonable attorneys' fees, costs, interest and such further relief as this Court deems applicable.

## JURY DEMAND

Plaintiff, Highland, respectfully requests trial by jury.

Respectfully Submitted,

HIGHLAND RENOVATION, INC.

By Counsel

Pinkowski and Associates

_____
James E. Pinkowski, Esquire
D.C. Bar No. 377092
3900 University Drive, Suite 200
Fairfax, VA 22030
(703) 385-0060
*Counsel for Plaintiff*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

United States of America for Use and Benefit of the Highland Renovation Corporation   88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Hanover Insurance Group d/b/a Hanover Insurance Company

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) __88888__
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mr. James Pinkowski, Esquire
3900 University Drive, Suite 200
Fairfax, VA 22030-3513
(703) 385-0060

Case: 1:07-cv-01902
Assigned To : Roberts, Richard W.
Assign. Date : 10/22/2007
Description: Contract

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ⊙ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
The Miller Act (40 U.S.C. Sections 3131 - 3134) -- payment not completed in full under a contract with the Military Personnel Services Corporation.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 329,183.03   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 10/22/07   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.