IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
FOR the USE and BENEFIT of the
HIGHLAND RENOVATION CORPORATION
    Plaintiff,

v.

HANOVER INSURANCE GROUP
d/b/a HANOVER INSURANCE COMPANY
    Defendant.

Case: 1:07-cv-01902

Assigned to: Roberts, Richard W.
Assign Date: 10/22/2007
Description: Contract

Service On: C.T. Corporation System, Registered Agent

## AFFIDAVIT OF SERVICE

☒ **AFFIDAVIT OF PROCESS SERVER**

I, __Vanstacia Jackson__, am at least 18 years of age, competent to testify, and not a party to this action, and not otherwise interested in the subject matter in controversy in this action.

I personally served a copy of the following documents listed below on C.T. Corporation System, Registered Agent for Hanover Insurance Group d/b/a Hanover Insurance Company located at 1015 15th Street, N.W., 10th Floor, Washington, D.C. 20005.

☒ Summons in a Civil Case,   ☒ Complaint with attachments

I gave copies of the documents checked above to _Mr. Louis Lance, Fullfilment Specialist CT_ the authorized designee to accept legal service of process on behalf of C.T. Corporation System, Registered Agent for Hanover Insurance Group d/b/a Hanover Insurance Company:

Date: __October 31, 2007__   Time: __1:17__   ☐ a.m. ☒ p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Commonwealth of Virginia Service of Process

AFFIANT: Vanstacia Jackson
P.O. Box 23914, Alexandria, Virginia 22304-9391
703-212-9091

State of __Virginia__.
City / County of __Alexandria__.
Subscribed and Sworn to before me this __31st__ day of __October__, 2007.
By __Vanstacia Jackson__.
My Commission Expires: __8/31/2010__   Notary Public _____

Glenda I. Ortiz
NOTARY PUBLIC
Commonwealth of Virginia
Reg # 4019219
My Commission Expires
August 31, 2010

I was originally commissioned as _Glenda I. Ortiz_
Glenda I. Palomo, Notary Public

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA
FOR the USE and BENEFIT of the
HIGHLAND RENOVATION CORPORATION
6705 Kelly Road
Warrenton, VA 20187

**SUMMONS IN A CIVIL CASE**

V.

HANOVER INSURANCE GROUP
d/b/a Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653

CASE

Case: 1:07-cv-01902
Assigned To : Roberts, Richard W.
Assign. Date : 10/22/2007
Description: Contract

TO: (Name and address of Defendant)

SERVE: HANOVER INSURANCE GROUP
C.T. Corporation System
1015 15th Street, N.W.
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. James Pinkowski, Esquire
3900 University Drive
Suite 200
Fairfax, VA 22030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          OCT 2 2 2007

CLERK                             DATE

_____
(By) DEPUTY CLERK

Case 1:07-cv-01902-RWR-JMF    Document 4    Filed 12/03/2007    Page 3 of 3

AO 440 (Rev.DC-September 2003) Summons in a Civil Action

U. S. of America For the Use and Benefit of the Highland Renovation Corp. vs. Hanover Ins. Group d/b/a Hanover Insurance Co. - Case No. 1:07-cv-01902

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  October 31, 2007    Time - 1:17 PM |
| NAME OF SERVER (PRINT)  Vanstacia Jackson | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Mr. Louis Lance, Fullfilment Specialist CT

   Address: CT Corporation System, 1015 15th St., NW, 10th FL, Wash., DC 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 31, 2007            *Signature of Server*
             Date

Commonwealth of Virginia Service of Process
P.O. Box 23914, Alexandria, VA 22304-9391
Tel. No. (703) 212-9091

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.