UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT of the<br>HIGHLAND RENOVATION CORP.<br>6705 Kelly Road<br>Warrenton, VA 20187<br><br>        Plaintiff,<br><br>        v.<br><br>HANOVER INSURANCE GROUP<br>d/b/a HANOVER INSURANCE COMPANY<br>440 Lincoln Street<br>Worcester, MA 01653<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Case: 1:07-cv-01902<br>    Assigned to: Roberts, Richard W.<br>    Assign. Date: 10/22/2007<br>    Description: Contract |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

COMES NOW, Plaintiff, United States of America for the Use and Benefit of Highland Renovation Corporation, by and through Counsel, and in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction states as follows:

1.    Defendant's Motion is premised upon two Invoices prepared by Military Personnel Services Corporation and submitted to General Services Administration for work performed under Contract Nos. GS-11-P-04-ZG-C-0212 and GS-11-P-04-ZG-C-0221, and a Change Order Request submitted to Military Personnel Services

Corporation by Plaintiff for work under Contract No. GS-11-P-06-ZG-C-0166.

2.     The two Invoices and Request for a Change Order attached to Defendant's Motion pertain only to work performed during the months of June through August 2006 at the Old Post Office Pavillion in Washington, D.C. by the Plaintiff.

3.     Those Invoices and the Change Order Request were only for a portion of work required by Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221 and GS-11-P-06-ZG-C-0166.

4.     The work of Plaintiff under Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221 and GS-11-P-06-ZG-C-0166 continued until January 12, 2007 with Punch List Work being performed.

5.     There were additional Requests for Change Order payments subsequent to those attached to Defendant's Motion for work performed by Plaintiff between September 8, 2006 and January 12, 2007.  See Plaintiff's Exhibit "A" attached hereto and incorporated by reference.

6.     As further evidence that Plaintiff worked at the Projects covered by the aforesaid three Contracts until January 12, 2007, there is correspondence and E-mail communications, dated October 15, 2006, October 24, 2006, October 29, 2006, November 6, 2006, November 27, 2006, December 19, 2006, January 5, 2007, January 8, 2007 and January 19, 2007 between Rob Johnston and Plaintiff concerning punch list work being performed under the said Contracts between

October 15, 2006 and January 12, 2007.  See Plaintiff's Exhibit "B" attached hereto, and incorporated by reference.

7.      Final Payment for all work under the said Contracts has not been made by Military Personnel Services Corporation to Plaintiff because a Final Amount has not been negotiated with General Services Administration for Change Orders under the said Contracts.

8.      The Contract balance claimed in this litigation in the amount of $329,183.03 by Plaintiff is the balance owed to Plaintiff for the final portion of work performed under the said Contracts.

9.      Attached are Affidavits in support of this Opposition from Robert Harper, President of Highland Renovation Corporation and Reba Burbach, Project Manager for Highland Renovation Corporation.

10.     Accordingly, the Defendant's Motion to Dismiss should be denied, and this action should continue.

Respectfully Submitted,

By:     _____
        James E. Pinkowski, Esquire
        Bar No.: 377092
        3900 University Drive, Suite 200
        Fairfax, VA 22030
        (703) 385-0060
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction was mailed, postage prepaid, this _3rd_ day of December 2007 to:

Dawn C. Stewart, Esquire
Stewart & Henry, PLLC
3900 University Drive
Fairfax, VA 22030

James E. Pinkowski

# Exhibit "A"

# Change Order

**Highland Renovation Corp.**

P.O. Box 3088
Oakton, VA 22124
Phone (703-932-4331) Fax (540-349-3288)
[highlandreno@aol.com]

Date: December 5, 2006

RE: **Davis Bacon Change Order**

*Sept. 8 thru Oct. 24, 2006*

| Description of Work | Quantity | | Material | | | Labor | | ITEM TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | NO; | unit | PER | | SUBTOTAL | PER | LABOR | MAT + LAB | (LAB + BUR) |
| | units | meas. | UNIT | | | UNIT | SUBTOTAL | SUBTOTAL | SUBTT |
| No pricing included in our bid for Davis Bacon Wage | | | | | | | | | |
| Riggs Construction | | | | | | | | | |
| Final | | | | | | | | | |
| (September Through October 24) | | | | | | $ 6,701.32 | | | |
| Subtotal | | | | | | $6,701.32 | | | |
| General Conditions | | | | | | | | | |
| Subtotal | | | | | | $ 6,701.32 | | | |
| Overhead (10%) | | | | | | $ 671.00 | | | |
| Subtotal | | | | | | $ 7,372.32 | | | |
| Profit (10%) | | | | | | $ 737.00 | | | |
| Subtotal | | | | | | $ 8,109.32 | | $ 8,109.32 | |
| Total | | | | | | | | $ 8,109.32 | |

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

**PAYROLL**
(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.

OMB No.: 1215-0149
Expires: 04/30/2008
Rev. April 2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☒

HIGHLAND RENOVATION INC., P.O. Box 3088, OAKTON, VA 22124

ADDRESS

PAYROLL NO. _____  FOR WEEK ENDING _____  PROJECT AND LOCATION  ACHP  8th Floor  PROJECT OR CONTRACT NO.

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | HOURS WORKED EACH DAY | | | | | | | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS | | | | | | | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | FICA | WITH-HOLDING TAX | | | | | OTHER | TOTAL DEDUCTIONS FOR WEEK |
| See ATTACHED | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | | |

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date __12-19-06__

I, __ROBERT L. HARPER, PRESIDENT__
(Name of Signatory Party)                    (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

__HIGHLAND RENOVATION CORP__ ; on the
(Contractor or Subcontractor)

__ACHP 5th Floor__ ; that during the payroll period commencing on the
(Building or Work)

__5th__ day of __SEPT. 2006__ and ending the __24th__ day of __OCT. 2006__,

all persons employed on said project have been paid the full weekly wages earned, that no rebates have
been or will be made either directly or indirectly to or on behalf of said

_____ from the full
(Contractor or Subcontractor)

weekly wages earned by any person and that no deductions have been made either directly or indirectly
from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part
3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948,
63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are
correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the
applicable wage rates contained in any wage determination incorporated into the contract; that the
classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide
apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of
Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a
State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — in addition to the basic hourly wage rates paid to each laborer or mechanic listed in
the above referenced payroll, payments of fringe benefits as listed in the contract
have been or will be made to appropriate programs for the benefit of such
employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been paid,
as indicated on the payroll, an amount not less than the sum of the applicable
basic hourly wage rate plus the amount of the required fringe benefits as listed
in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| ROBERT L. HARPER | |
| Robert L. Harper, Pres. | Robert Harper Pres. |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR
SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE
31 OF THE UNITED STATES CODE.

*U.S. G.P.O.:1997 519-950

ɯ

# Highland Renovations, Inc.

| Paycheck date | Employee | Paycheck Amount | Wage (hourly) | Davis Bacon Wage (hourly) | Mon | Tue | Wed | Thur | Fri | Sat | Sun | Total Hours | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/8/2006 | Moya Construction TAX ID 54-1931000 6906 Fem Lane, Alexandria VA 22003 | $ 3,744.00 | | | | | | | | | | | $ 867.68 |
| | mechanic 1 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 11 | | | 52 | |
| | mechanic 2 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 9 | 11 | | | 52 | |
| | mechanic 3 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 9 | 11 | | | 52 | |
| 8/14/2006 | Moya Construction | $ 2,688.00 | | | | | | | | | | | $705.60 |
| | mechanic 1 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | | | 40 | |
| | mechanic 2 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | | | 40 | |
| | mechanic 3 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | | | 40 | |
| 9/22/2006 | Moya Construction | $ 5,040.00 | | | | | | | | | | | $896.80 |
| | mechanic 1 | | | 28.28 | 8 | 8 | 9 | 8 | 8 | 8 | | | |
| | mechanic 2 | | $ 24.00 | 28.28 | 8 | 8 | 9 | 8 | 8 | 8 | | | |
| | mechanic 3 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 8 | | | |
| | mechanic 4 | | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 8 | | | |

$2,72.05

| Date | Item | Rate | Rate | | | | | | | | | | | Total | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2006 | Moya Construction | $ 7,298.00 | | | | | | | | | | | | | |
| | mechanic 1 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 2 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 3 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 9 | 10 | 10 | | | | | |
| | mechanic 4 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 9 | 10 | 10 | | | | | |
| | mechanic 5 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 9 | 10 | 10 | | | | | |
| | mechanic 6 | 24.00 | 28.28 | | | 8 | 8 | 9 | 10 | 10 | | | | | |
| | mechanic 7 | 24.00 | 28.28 | | | | | 8 | 10 | 10 | | | | | |
| | mechanic 8 | 24.00 | 28.28 | | | | | 8 | 10 | 10 | | | | | |
| | mechanic 9 | 24.00 | 28.28 | | | | | 8 | 10 | 10 | | | | | |
| | mechanic 10 | 24.00 | 28.28 | | | | | | 8 | 10 | | | | | |
| | mechanic 11 | 24.00 | 28.28 | | | | | | 8 | | | | | | |
| | | | | 16 | 16 | 58 | 56 | 40 | 24 | | | | 210 | | $1,527.36 |
| | | | | 40 | 40 | 48 | 48 | 48 | 88 | | | | 312 | | |
| 10/5/2006 | Moya Construction | $ 13,464.00 | | | | | | | | | | | | | |
| | mechanic 1 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 2 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 3 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 4 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 5 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 6 | 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 7 | 24.00 | 28.28 | 8 | | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 8 | 24.00 | 28.28 | 8 | | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 9 | 24.00 | 28.28 | 8 | | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 10 | 24.00 | 28.28 | 8 | | 8 | 8 | 8 | 10 | 10 | | | | | |
| | mechanic 11 | 24.00 | 28.28 | 8 | | | | | 10 | 10 | | | | | |
| | mechanic 12 | 24.00 | 28.28 | 8 | | | | | 10 | 10 | | | | | |
| | mechanic 13 | 24.00 | 28.28 | 8 | | | | | 10 | 10 | | | | | |
| | | | | 48 | 48 | 48 | 48 | 54 | 120 | 130 | | | 496 | | $ 1,868.48 |
| 10/13/2006 | Moya Construction | $ 4,416.00 | | | | | | | | | | | | | |
| | mechanic 1 | 24.00 | 28.28 | 8 | 8 | 12 | 8 | 4.8 | | | | | | | |
| | mechanic 2 | 24.00 | 28.28 | 8 | 8 | 12 | 8 | 4.8 | | | | | | | |
| | mechanic 3 | 24.00 | 28.28 | 8 | 8 | 12 | 8 | 4.8 | | | | | | | |
| | mechanic 4 | 24.00 | 28.28 | 8 | 8 | 12 | 8 | 4.8 | | | | | | | |
| | mechanic 5 | 24.00 | 28.28 | 2 | 8 | 12 | 8 | 4.8 | | | | | | | $787.56 |

3,887.46

5

| | | $ | 28.28 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mechanic 6 | | $ 24.00 | 28.28 | 2 | | | | | | 184 | | $376.84 |
| 10/16/2006 | Moya Construction | $ 2,112.00 | | 36 | 24 | 65 | 40 | 24 | | | | |
| | mechanic 1 | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | | | | |
| | mechanic 2 | $ 24.00 | 28.28 | 8 | 8 | 8 | 8 | 8 | | | | |
| | mechanic 3 | $ 24.00 | 28.28 | | 16 | 24 | 24 | 24 | | 88 | | |
| 10/24/2006 | Moya Construction | $ 960.00 | | | | | | | | | | $171.20 |
| | mechanic 1 | $ 24.00 | 28.28 | 8 | 8 | | | | | | | |
| | mechanic 2 | $ 24.00 | 28.28 | 8 | 8 | | | | | | | |
| | mechanic 3 | $ 24.00 | 28.28 | 24 | 16 | | | | | 40 | | |

$6,701.³⁰

547.⁰⁰

54

9

# Change Order

Highland Renovation Corp.

P.O. Box 3088
Oakton, VA 22124
Phone (703-932-4331) Fax (540-349-3288)
[highlandreno@aol.com]

Date: November 9, 2006

*VA Cabinet Co. Payroll Attached*

RE: **Davis Bacon Wage Rate**

| Description of Work | Quantity NO: units | unit units | Material meas. | PER UNIT | SUBTOTAL | Labor PER UNIT | LABOR SUBTOTAL | ITEM TOTAL MAT + LAB SUBTOTAL | (LAB + BUR) &MAT |
|---|---|---|---|---|---|---|---|---|---|
| Va. Cabinet Company | | | | | | | | | |
| Millwork as of 10-23-06 | | | | | | | | $   798.20 | |
| (final) | | | | | | | | | |
| (See Attached Breakdown) | | | | | | | | | |
| No pricing included in our bid for Davis Bacon Wage Rate | | | | | | | | | |

|  | Subtotal | | |
|---|---|---|---|
| General Conditions | | | |
| Subtotal | | $798.20 | |
| Overhead (10%) | | $    79.82 | |
| Subtotal | | $878.02 | |
| Profit (10%) | | $    87.80 | |
| Subtotal | | $965.82 | $    965.82 |
| Total | | | $    965.82 |

# PAYROLL

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

Rev. April 2006
OMB No.: 1215-0149
Expires: 04/30/2009

(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.

NAME OF CONTRACTOR ☒  OR SUBCONTRACTOR ☐

VA Cabinet Company, LLC

ADDRESS

P. O. Box 443    Garrisonville, VA    22453

PAYROLL NO.

FOR WEEK ENDING    10-23-06

PROJECT AND LOCATION

8th Floor - Ols Post Office, Wash.D.C.

PROJECT OR CONTRACT NO.

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | (4) DAY AND DATE | | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS | | | | | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | OT. | ST. | | | | FICA | WITH-HOLDING TAX | | OTHER | TOTAL DEDUCTIONS | |
| | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |
| Attached | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |
| | | | O | S | | | | | | | | | |

HOURS WORKED EACH DAY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week". U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory, DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date: 10-25-06

Brian Godfrey
(Name of Signatory Party)

President
(Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

VA Cabinet Co.
(Contractor or Subcontractor)

ACHP - 8th Floor O1dPO, Not during the payroll period commencing on the
(Building or Work)

2nd day of October , and ending the 23rd day of October, 2006
all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(Contractor or Subcontractor)

from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below.

(2) That any payrolls otherwise under the contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|

Brian Godfrey, Pres
NAME AND TITLE

SIGNATURE

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

| Paycheck date | Employee | Paycheck Amount | Wage (hourly) | Davis Bacon Wage (hourly) | Mon | Tue | Wed | Thur | Fri | Total Hours | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Virginia Cabinet Company P.O. Box 443 Garrisonville, VA 22463 | | | | | | | | | | |
| 10/23/2006 | Scott McCrodden 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 | $ 375.00 | 15 | 28.28 | 8 | 8 | 9 | | | 25 | $ 332.00 |
| 10/23/2006 | Thomas W. Houseknecht 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 | $ 160.00 | 8 | 14.06 | 8 | 8 | 4 | | | 20 | $ 121.20 |
| 10/23/2006 | Raymond McSortey 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 | $ 120.00 | 8 | 14.06 | 8 | 7 | | | | 15 | $ 90.90 |
| 10/23/2006 | Edward J. Lickert 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 | $ 128.00 | 8 | 14.06 | 8 | 8 | | | | 16 | $ 96.96 |
| 10/23/2006 | Richard B. Godfrey 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 | $ 160.00 | 20 | 28.28 | 8 | | | | | 8 | $ 66.24 |
| 10/23/2006 | Kevin McSortey 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 | $ 120.00 | 8 | 14.06 | 8 | 7 | | | | 15 | $ 90.90 |
| | | | | | | | | | | | $ 798.20 |

Date: January 25, 2007

I, __Debbie Nelson__ , __Administrative Assistant__
 (Name of signatory Party)  (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by __Comfort__
Control, Inc.                   on the                   ACHP Old Post Office
(contractor or Subcontractor)                           (Building or work)
that during the payroll period commencing on the ___8th___ day of ___January___
2007 and ending on the ___14th___ day of ___January___ 2007 all persons
employed on said project have been paid the full weekly wages earned, that no rebates
have been or will be made either directly or indirectly to or on behalf of said.

__Comfort Control, Inc.__
(contractor or Subcontractor)

from the full weekly wages earned
by any person and that no deductions have been made either directly or indirectly from the
full wages earned by any person, other than permissible deductions as defined in
regulation, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland
Act, as amended (48 Stat. 948, 63 Stat., 108, 72 Stat., 967; 76 Stat. 357; 40 U.S.C. 276c),
and described below.

| | |
|---|---|
| Federal Withholding | |
| FICA | |
| State Tax | |
| Union / Vacation | |

(2) That any Payrolls otherwise under the contract requires to be submitted for the above
period are correct and complete; that the wage rates for laborers or mechanics contained therein
are not less that the applicable wage rates contained in any wage determination incorporated into
the contract; that the classifications set forth for each labor of mechanic conformed with the
work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide
apprenticeship program registered with a State apprenticeship agency by the Bureau
of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency
exists in a State, are registered with the Bureau of Apprenticeship and Training, United States
Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGR

X - In addition to the basic hourly wage rates paid to each laborer or mechanic
listed in the above referenced payroll, payments of fringe benefits as listed in the

Contract have been or will be made to appropriate programs for the
benefit of such employees, except as noted in Section 4 (c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

- Each laborer or mechanic listed in the above referenced payroll has been paid
as indicated on the payroll, an amount not less than the sum of the applicable
basic hourly wage rate plus the amount or the required fringe benefits as listed
in the contract, except as noted in Section 4 (c) below.

(c)    EXCEPTIONS

| EXCEPTIONS (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |
| | |

REMARKS:

CCI#

Payroll #   6

| | | |
|---|---|---|
| Name and Title | | 21115 |
| Debbie Nelson | | |
| Administrative Assistant | | |
| | Signature | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT
THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION, SEE
SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF TE UNITED STATES CODE.

DATE 1/16/07      FRP314                          02 000    Comfort Control Inc.                              TIME 13.47      PAGE 18
                                                             6711 Distribution Dr.
PAGE   1 OF                                                  Beltsville   MD 20705
                                                             301-931-9900   FED ID# 52-0854290
Job    21115      PAYROLL NO. ___
                                                          CERTIFIED PAYROLL REPORT                           WEEK ENDING - 01/14/2007

NAME                                                                                                      WAGE DECISION NO.
ADDRESS                                                                                                   CONTRACT NUMBER
ZIP
                                                                                                    CONTRACT START                  09/27/2006

NAME      S H E      ACHP OLD POST OFFICE
          E I X      1100 PENNSYLVANIA AV
          X M M
          MO
          R O 09

          SGT MTL MECH.   CLASS

                                             HOURS WORKED THIS Job                    -- THIS Job --              THIS WEEK ----
                                                                                      TX TOL      FICA            SDI        TOT PAY
                                      SU  MO  TU  WE  TH  FR  SA  TOT TY              MTX TOL     FED W/T   UNION  OTHER      TOT OLD
                                                                      HOUR HR  PAY    TX ADJ      ST W/T          NET PAY
                                                                           RATE      MTX ADJ     LOC W/T   SUT/WT  CHECK #

THOMAS JUDD MCKEEFEE
13636 MONARCH VISTA
DARNESTOWN
                          .00 .00 .00 .00 .00 .00 .00  8.00-ST 32.390            011507   99.12    341.35   50.00   1324.60
                                                                                 .00    77.00    36.40   50.00   341.35
                                                                                 .00    78.83           .00     985.25
                                                                                 259.12-  .00            .00     20505

                         8.00-  .00  .00  .00  .00  .00  .00   8.00-ST 32.390                                   259.12-

                     --- TOTAL HOURS THIS WEEK ---             TOT TY
                                                               HRS HR
                                                                         8.00-ST
                                                                         .00 DU
                                                                         .00 OT

                          TX TOL   MTX TOL   TX ADJ   MTX ADJ   HOL PAY   SICK PAY     TOTAL PAY
          8.00-   .00     .00      .00       .00      .00       .00       .00          259.12-

Job   TOTALS
          8.00-   .00     .00      .00       .00      .00       .00       .00          259.12-

                  --- TOTAL DOLLARS THIS WEEK ---  BENEFITS   HOL PAY   SICK PAY

MINORITY CODES   0-CAUCASIAN   1-BLACK   2-HISPANIC   3-ASIAN   4-AMERICAN INDIAN

# Exhibit "B"

FAX (866) 298-8694

# Highland Renovation Corp.

Cell: 703-932-4331
E-mail: highlandreno@aol.com

October 15, 2006

TO:      Rob Johnston - MPSC

FROM:   Bob Harper

RE:      8th Floor – ACHP Job

Rob, just to let you know that we are waiting on the punch list in order
to complete any needed work on the 8th floor. We have gone as far
as we can from the verbal punch list you have given us, and I have our
workers on hold at this point.

Please let me know the minute you have the written punch list.

Thanks,

Bob

Subj:   **RE: ACHp - Closeout Checklist**
Date:   10/24/2006 4:00:59 PM Eastern Standard Time
From:   rjohnston@mpscrc.com
To:     highlandreno@aol.com

**Hello Laura,**

**I've copy/pasted the information from the Word Doc to this email** ☺

**Rob**

**ACHP Closeout Checklist**

☐   1.  Operation and Maintenance Manual shall include data for:
    a.   Carpet
    b.   VCT
    c.   In-line Fan SF-1
    d.   In-line Fan SF-2
    e.   Exhaust Fan
    f.   Garbage Disposal
    g.   Light fixtures including lamp replacement information
    h.   UPS for HID lights

☐   2.  Warranty Information for each Trade Contractor shall include the following:
    Company Name
    Contact Person
    Address
    Phone Number
    Fax Number
    E-mail Address

☐   3.  Balancing Reports for Phase I and Phase II

☐   4.  Fire Protection Drawings for Phase I and Phase II

☐   5.  Phase I Punchlist Completed
    a.   Install cover for heating unit in the Mail/Copy Rm~ *Not in space when we began work. Not on our Scope of Work*
    b.   Replace 2 x 2 light fixture ~~lamps~~ *Bulbs* - *Done*

☐   6.  Phase II Punchlist Completed
    a. Replace Break room floor tiles — *The few that are scratched, after this date (10-24-06) they decided they did not want done. Their chairs put larger scratches on the floor* ~Reba

**From:** highlandreno@aol.com [mailto:highlandreno@aol.com]
**Sent:** Tuesday, October 24, 2006 2:02 PM
**To:** Johnston, Rob
**Subject:** Re: ACHp - Closeout Checklist

Tuesday, October 24, 2006 America Online: highlandreno

**ACHP Closeout Checklist**

❑   1.  Operation and Maintenance Manual shall include data for:
        a.  Carpet
        b.  VCT
        c.  In-line Fan SF-1
        d.  In-line Fan SF-2
        e.  Exhaust Fan
        f.  Garbage Disposal
        g.  Light fixtures including lamp replacement information
        h.  UPS for HID lights

❑   2.  Warranty Information for each Trade Contractor shall include the following:
        Company Name
        Contact Person
        Address
        Phone Number
        Fax Number
        E-mail Address

❑   3.  Balancing Reports for Phase I and Phase II

❑   4.  Fire Protection Drawings for Phase I and Phase II

❑   5.  Phase I Punchlist Completed
        a.  Install cover for heating unit in the Mail/Copy Rm
        b.  Replace 2 x 2 light fixture lamps

❑   6.  Phase II Punchlist Completed
        ~~a.  Replace Break room floor tiles~~

# Highland Renovation Corp.

Cell: 703-932-4331
E-mail: highlandreno@aol.com

October 29, 2006

TO:            Rob Johnson

FROM:       Reba  - Highland Renovations

RE:            Punch List Items

Rob,  I do believe all of the punch list items have been completed  and are done properly, with the exception of minor carpet  areas being pushed down a little more at the wall base.    I believe the carpet company will have a schedule date on that for me on Monday , October 30.    I have waited to have Phase 1 and Phase 2 done at the some time so we do not inconvenience the customer more than necessary.

Floor tile for the break room has been ordered and will be installed as soon as it arrives.

The counter-top in the Mail Room is in the process of being secured to the wall again, as soon as  all involved agree on how the work should be done.  The counter-top was done according to the approved drawings.  The millwork company feels that support legs should be installed to handle the weight that is being put on that counter-top from computers and the fact that  many times, people tend to lean on counter-tops that are at desk level.   We will wait until we hear what is wanted before we proceed.

There are a few items that have been put on the punch list for Phase 1 and Phase 2 that are not punch list items, they are change orders.

Let's discuss when you have a few minutes.

Reba

Reba

---

*FAX 1 (866) 298-7694*

# Highland Renovation Corp.

Cell: 703-932-4331
E-mail: highlandreno@aol.com

November 6, 2006

TO:        Rob Johnston

FROM:      Bob Harper

RE:        Meeting at Old Post Office  -  8th Floor

Rob, we will see you at 9:30 A.M. tomorrow (Tuesday) to go over any remaining items from the punch list.

From a memo I saw a few days ago, it was my understanding that the only remaining item on the punch list was the replacement of some floor tile in the Breakroom that have gotten scratched.

Our schedule is tight tomorrow, so we will be there a little prior to 9:30 A.M.

Subj:     **Re: Punch-List Report**
Date:     11/27/2006 5:19:37 PM Eastern Standard Time
From:     highlandreno
To:       rjohnston@mpscrc.com
CC:       jljones@mpscrc.com

Rob,

I have attached the email from you dated October 24, stating that phase I and phase II have been completed. In reference to Phase I punchlist, under A. Install cover for heating unit in the Mail/Copy Rm, that cover was not there when the job started, and not in the scope of work. And B.Replace 2x2 light fixture lamps (light tubes), this has been completed. Phase II punchlist completed, A. Replace break room floor tiles. A few tiles were scratched, and those are on order.

In reference to the timeline to complete the work at the OPO for the public restrooms and concrete work, as I have relayed to you several times, when payment is made in full for the 8th floor ACHP Job so that we can pay our subcontractors, we will be happy to sit down with MPSC and discuss a schedule for completion of this work. You may communicate this to your superiors and the Government.

Additionally I am once again requesting, for I believe the 4th time, a breakdown of all payments made to Highland from MPSC for the 8th floor ACHP job.

Bob

| | |
|---|---|
| Subj: | **GSA and unfinished work at the Old Post Office** |
| Date: | 12/19/2006 4:06:43 PM Eastern Standard Time |
| From: | johnston@mpscrc.com |
| To: | highlandreno@aol.com |
| CC: | rjones@mpscrc.com |

Bob/Reba,

I've just received a phone call from the GSA regarding unfinished work at the Old Post Office. On Contract RDC-61122 (0166), the ACHP tenant is becoming very impatient in that the punch-list items have still not been finished, and is now demanding the work be completed immediately.

On Contract RPY-41153 (0212), Vickie Willmann stated in a meeting this morning that the renovation of the public restrooms needs to be completed NLT the beginning of the spring tourist season. In addition, she is also waiting on the proposed drawings for the work in the restrooms (to include samples). The work also includes the 12th Street sidewalk, and they've requested a completion date from MPSC. The public restrooms and the sidewalk are the only two items remaining on this contract and we need to complete this work asap.

The GSA has given me until 12:00 Thursday (December 21) to deliver our completion dates. Will you please let me know when you plan to finish the work on these contracts, so that I may deliver a response? Thank you.

Rob Johnston
MPSC
703-901-8557

# *Highland Renovation Corp.*

Cell: 703-932-4331
E-mail: highlandreno@aol.com

January 5, 2007

TO:        Rob Johnston – MPSC

FROM:    Bob Harper

RE:        Punch List Items – 8th Floor ACHP

In the last meeting we had, Reba and I both understood that we were to go in and complete punch-list items on January 12, not later than January 12, 2007.  That is the arrangement we have made; however, let me know if there is another date that will work and I will see if it can be arranged.    As we discussed in the meeting, we will agree to go in on a "one time basis only", since the punch-list seems to be growing since October 24, 2006.

cc: Jack Jones

Subj:    **Highland Renovation Faxes received 5 January, 2007**
Date:   1/8/2007 10:40:29 AM Eastern Standard Time
From:
To:
CC:                    ,

Bob/Reba:

Fax 1 – Status of Change Order Requests:

Do you have an estimated date from the mechanical contractor as to when the change order requests will be delivered?

Fax 2 – Electrical Problem:

Thank you for addressing the Electrical problem with Pat Medlin.  I will deliver your response to Walter Mills.

Fax 3 – Punch List Items – 8th Floor ACHP

As per our meeting regarding the unfinished punch-list items, January 12, 2007 is the date I've informed the government these will be completed.  Let's keep this date.  So there is no confusion, I've attached copies of the Phase I and Phase II punch-lists.  Any item on the punch-lists that does not have a check mark next to it is still unfinished and needs to be completed.  Finally, the attached Word document is the closeout checklist and is what the government expects from us in order to show this has been closed out.

Walter:

For your information, I've attached copies of the faxes I received from Highland Renovation on Friday, January 5, 2007.  Please contact me if you have any questions regarding.  Thank you.

Rob Johnston
MPSC
703-901-8557

Subj:     **Punchlist**
Date:    1/19/2007 10:45:58 AM Eastern Standard Time
From:   highlandreno
To:      rjohnston@mpscrc.com
CC:     jljones@mpscrc.com

Rob,
Here is the update on the punch list work done on 1-12-07.
If there is a note on this list that you can't read, send an email and I will clarify.

The mechanical and electrical companies will not return until all invoices have been paid in full.

Thank you,

Reba

# ACHP - PUNCHLIST PHASE 1

| Item No. | Room No. | Location | Description | | Work Status |
|---|---|---|---|---|---|
| 1 | A8201 | Open Area | Cap drain pipe | | ✓ |
| 2 | | | Remove dust from lower wall and base board | | |
| 3 | | | Paint hinges at upper access panel | | |
| 4 | | | Replace left door at Electrical Closet A - Door adjusted;not replaced | | ✓ |
| 5 | | | Touch south wall near window | | |
| 6 | | | Tuck carpet edges at base | | |
| 7 | | | Clean light fixtures | | |
| 8 | A8202 | Open Area | Touch up lower access panel | | ✓ |
| 9 | | | Secure panel door | | ✓ |
| 10 | | | Remove dust from lower wall and base board | | ✓ |
| 11 | | | Touch up under window | | |
| 12 | | | Repair dent on east wall | | ✓ |
| 13 | | | Paint thermostat conduit | | |
| 14 | | | Remove dust from lower wall and base board | | ✓ |
| 15 | | | Tuck carpet edges at base | | |
| 16 | | | Clean light fixtures | | |
| 17 | A8202A | Closet | Touch up door frame | | ✓ |
| 18 | | | Adjust closet door to close properly - Door is not align with frame after adjustments | Karen Byrd not did not meet with | ✓ |
| 19 | | | Install door stop | | ✓ |
| 20 | A8203 | Open Area | Relocate track lights | up filled on south or told contractor | ✓ |
| 21 | | | Remove marks on the south wall | | ✓ |
| 22 | | | Repair dent on west wall | | ✓ |
| 23 | | | Remove dust from lower wall and base board | | ✓ |
| 24 | | | Tuck carpet edges at base | | |
| 25 | | | Clean light fixtures | | |
| 26 | A8204 | Office | Touch up base on west wall - base damaged when carpet was tucked | | ✓ |
| 27 | | | Touch up door frame | | ✓ |
| 28 | | | Repair bottom of door or replace door | | ✓ |
| 29 | | | Remove dust from lower wall and base board | | ✓ |
| 30 | | | Tuck carpet edges at base | ✓ | ✓ |
| 31 | A8205 | Open Area | Clean light fixtures | | ✓ |
| | | | Paint under window | | |

*Work done on 1-12-07*

1/8/2007

# ACHP - PUNCHLIST PHASE 1

| Item | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 32 | | | Remove dust from lower wall and base board | ✓ |
| 33 | | | Tuck carpet edges at base | |
| 34 | | | Install cover over perimeter light fixtures | *Covers were all on OK when we left job site Oct 2006* |
| 35 | | | Clean light fixtures | *Fixtures were all ok on project 1-12-07 when we left the job site.* |
| 36 | A8206 | Office | Clean light fixtures | ✓ |
| 37 | | | Touch up base near closet door - base damaged when carpet was tucked | ✓ |
| | | | Tuck carpet edges at base | ✓ |
| 38 | | | Remove dust from lower wall and base board | ✓ |
| 39 | | | Clean plexiglas | |
| 40 | | | Install cover over perimeter light fixtures | *See #34* |
| 41 | | | Move floor stop closer to south | ✓ |
| 42 | | | Adjust ceiling tiles | |
| 43 | | | Touch up door frame | ✓ |
| 44 | A8207 | | Adjust VAV/check diffuser | ✓ |
| 45 | | Open Area | Touch up under window | ✓ |
| 46 | | | Replace 2 x 2 lamps | *These three not appear to be a problem* |
| 47 | | | Install cover over perimeter light fixtures | *See #34* |
| 48 | | | Clean light fixtures | ✓ |
| 49 | | | Tuck carpet edges at base | ✓ |
| 50 | A8208 | Closet | Remove dust from lower wall and base board | ✓ |
| 51 | | | Touch up north and east walls | ✓ |
| 52 | A8200 | Entrance | Touch up door frame | ✓ |
| | | | ~~Replace frosted glass in door~~ | N/A |
| 53 | | | Tuck carpet edges at base | ✓ |
| 54 | | | Remove dust from lower wall and base board | ✓ |
| 55 | A8209 | Conference Room | Touch up ceiling tile | ✓ |
| 56 | | | Secure panel door | ✓ |
| 57 | | | ~~Remove sensor and install thermostat~~ | N/A |

*works done on 1-12-07*

2

1/8/2007

# Highland Renovation Corp.

Cell: 703-932-4331
E-mail: highlandreno@aol.com

## ACHP - PUNCHLIST PHASE 1

| Item No. | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 58 | | | Touch up frame | |
| 59 | | | Clean light fixtures | |
| 60 | | | Remove dust from lower wall and base board | |
| 61 | | | Tuck carpet edges at base | |
| 62 | A8210 | File Area | Patch opening in wall | ✓ |
| 63 | | | Tuck carpet edges at base | ✓ |
| 64 | A8211 | Office | Register above opening A/A209 is noisy -- needs to be adjusted | ✓ |
| 65 | | | Replace sensor with a switch | ✓ |
| 66 | | | Remove red mark from window sill | ✓ |
| 67 | | | Touch up door frame | ✓ |
| 68 | | | Touch up frame | ✓ |
| 69 | A8212 | | Replace old diffuser with new diffuser | ✓ |
| 70 | | | Tuck carpet edges at base | ✓ |
| 71 | | | Remove dust from lower wall and base board | ✓ |
| 72 | | Staging | Clean light fixtures | ✓ |
| 73 | | | Repair damaged baseboard | ✓ |
| 74 | | | Remove dust from lower wall and base board | ✓ |
| 75 | A8213 | Mail Copy | Tuck carpet edges at base | ✓ |
| 76 | | | Install cover over heating unit | ✓ |
| 77 | | | Install VCT in corner below the west window | ✓ |
| 78 | | | Remove old 2 x 4 light fixture | ✓ |
| 79 | | | Remove tape from ceiling grid | ✓ |
| 80 | | | Adjust diffuser to properly lay in grid | ✓ |
| 81 | | | Adjust ceiling tiles | ✓ |
| 82 | A8301 | Office | Touch up exposed edges of the ceiling tile | ✓ |
| 83 | | | Clean light fixtures | ✓ |
| 84 | | | Support worksurface countertop - contractor installed 3 floor supported legs to underside of worksurface | ✓ |
| 85 | | | Install eschutechon around sprinkler head | ✓ |
| 86 | | | Touch up window sill | ✓ |
| 87 | | | Remove spot on upper east wall | ✓ |
| | | | Touch up all walls | ✓ |
| | | | Touch up frame | ✓ |
| | | | Tuck carpet edges at base | ✓ |

(handwritten notes: "Roll, per our last meeting the all cover will need to be resolved ... as part of the work ... These be not in our contract.")

(handwritten: work done on 1-12-07)

# ACHP - PUNCHLIST PHASE 1

Work done on 1-12-07

| Item No. | Room Location | Description | Work Status |
|---|---|---|---|
| 88 | | Remove dust from lower wall and base board | |
| 89 | | Clean light fixtures | |
| 90 | A8303 Open Area | Touch up vent above door A8301 | |
| 91 | | Remove insulation from vent above door A8302 | |
| 92 | | Remove marks on the south wall | ✓ |
| 93 | | Install blank plates over three (3) old phone outlets | |
| 94 | | Secure eschuteon plate at sprinkler head | ✓ |
| 95 | | Tuck carpet edges at base | |
| 96 | | Remove dust from lower wall and base board | |
| 97 | A8302 Server Room | Check thermostat | |
| 98 | | Adjust tile above the west door | |
| 99 | | Touch up tile above the south door | |
| 100 | | Touch up door frames | |
| 101 | A8304 Print Area | Touch up exposed edges of the ceiling tile  *See #81*  *This tile has been marked + spotted after Dec. 2006* | |
| 102 | | Verify duct is connected to register and is connected to the existing duct | |
| 103 | | Remove dust from lower wall and base board | |
| 104 | | Tuck carpet edges at base | ✓ |
| 105 | | Clean light fixtures | ✓ |
| 106 | A8308 Supply | Replace 2 x 2 lamps  *There does not appear to be a problem* | ✓ |
| 107 | | Check diffuser | ✓ |
| 108 | | Thermostat on the south wall is missing - T-stat not replaced; hole patched - Bldg mgmt okay | ✓ |
| 109 | A8305 Open Area | Touch up north wall | ✓ |
| 110 | | Touch up door frame | ✓ |
| 111 | | Convert 2 - 2 x 2 ceiling tile into 2 x 4 ceiling tile | ✓ |
| 112 | | Remove scratches from diffuser or replace diffuser | ✓ |
| 113 | | Remove dust from lower wall and base board | ✓ |
| 114 | A8305A Office | Clean light fixtures | ✓ |
| 115 | | Install perimeter light cover  *See #34* | ✓ |
| 116 | | Touch up under window | ✓ |
| 117 | | Remove nail from window sill | ✓ |
| | | Clean window sill | ✓ |
| | | Replace 2 x 2 lamps  *There does not appear to be a problem* | ✓ |

4

# ACHP - PUNCHLIST PHASE 1

| Item | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 118 | | | Touch up door frame | ✓ |
| 119 | | | Tuck carpet edges at base | |
| 120 | | | Clean light fixtures | ✓ |
| 121 | A8306 | Open Area | Install cover on perimeter light fixture | |
| 122 | | | Touch up ceiling tile | |
| 123 | | | Remove dust from lower wall and base board | |
| 124 | | | Clean light fixtures | |
| 125 | | | Tuck carpet edges at base | |
| 126 | A8307 | Open Area | Clean window sill | ✓ |
| 127 | | | Clean perimeter light fixture | ✓ |
| 128 | | | Adjust ceiling tiles | ✓ |
| 129 | | | Clean light fixtures | ✓ |
| 130 | | | Tuck carpet edges at base | ✓ |
| 131 | | | Remove dust from lower wall and base board | ✓ |
| 132 | A8310 | Open Area | Install cover over perimeter light fixtures | ✓ |
| 133 | | | Clean perimeter light fixture | |
| 134 | | | Install door stop for door A8309 | |
| 135 | | | Repair dent in the wall from door A8309 | ✓ |
| 136 | | | Clean light fixtures | |
| 137 | | | Remove dust from lower wall and base board | |
| 138 | A8309 | Closet | Touch up door | ✓ |
| 139 | | | Paint base on the north and south wall | ✓ |
| 140 | | | Label panel | |
| 141 | | | Clean floor | |
| 142 | A8309A | Closet | Install base on north and south walls | ✓ |
| 143 | | | Install VCT on floor | ✓ |
| 144 | A8311 | Office | Remove plexiglas framing at window | ✓ |
| 145 | | | Replace lamps in 2 x 2 fixture | ✓ |
| 146 | | | Patch hole in the ceiling | ✓ |
| 147 | | | Tuck carpet edges at base | ✓ |
| 148 | | | Remove dust from lower wall and base board | |
| 149 | | | Clean light fixtures | ✓ |

Handwritten notes:
- (near items 122–123) *See #34. This wood done after Oct. 2006*
- (near item 144) *The Framing holds the Plexiglase in Place. There does not appear to be a problem.*
- (top right) *Work done on 1-12-07*

1/8/2007

# ACHP - PUNCHLIST PHASE 1

| Item | Room No. | Location | Description | Work Status |
|------|----------|----------|-------------|-------------|
| 150 | | | Touch up frame | |
| | | | Perimeter register is noisey - needs adjusting | ✓ |
| 151 | | | Install cover over perimeter light fixtures | |
| 152 | A8312 | Open Area | Install blank plate over box on the south wall | |
| 153 | | | Touch up east wall | See #34 |
| 154 | | | Repaint north wall or remove stains | ✓ |
| 155 | | | Remove dust from lower wall and base board | ✓ |
| | | | Replace damaged diffuser | ✓ |
| | | | Install cove light fixtures | ✓ |
| | 804 | Emergency Exit | Paint north wall | ✓ |

*Work done on 1-12-07*

Notes
✓ Completed Items

6

1/8/2007

# ACHP - PUNCHLIST PHASE II

| Item No. | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 1 | A8113 | Office | Replace broken transom window above the door  *Window is cracked & we are not to...* | |
| 2 | | | Remove paint from the west windows  *Done by others* | ✓ |
| 3 | | | Touch up ceiling tile | |
| 4 | | | Install 2 2x4 light fixtures | |
| 5 | | | Touch up base on the west side | |
| 6 | | | Paint raceway on the east wall to match wall | ✓ |
| 7 | | | Replace silencers on the door frame | |
| 8 | | | Repaint access panel door | |
| 9 | | | Secure panel door | |
| 10 | | | Paint exposed ceiling grid edges | ✓ |
| | | | 2 x 4 light fixture is not working | |
| 11 | A8112 | File Area | Replace lamp cover on 2 x 4 light fixture - cover is damaged  *This has been changed after Oct 2006* | ✓ |
| 12 | | | Touch up strut inside and out  *This file has been moved & scratched after Oct. 2006* | ✓ |
| 13 | | | Paint raceway on the east wall to match wall | ✓ |
| 14 | | | Remove paint from cover plate | |
| 15 | | | Repaint under receptacle | |
| 16 | | | Cut cable at the strut | |
| 17 | A8111 | Open Area | Paint exposed ceiling grid edges | ✓ |
| 18 | | | Adjust supply diffuser | |
| 19 | | | Paint raceway on the east wall to match wall | ✓ |
| 20 | | | Patch hole under perimeter light fixture | ✓ |
| 21 | | | Touch up ceiling tile | |
| 22 | | | Paint exposed ceiling grid edges | |
| 23 | | | Secure panel door | |
| 24 | A8110 | Open Area | Re-paint access panel door | ✓ |
| 25 | | | Remove paint from the perimeter light fixture | |
| 26 | | | Repair nicks in drywall on the upper west wall | ✓ |
| 27 | | | Touch up strut inside and out | |
| 28 | | | Paint exposed ceiling grid edges | ✓ |
| 29 | A8109 | Open Area | Remove paint from grid | ✓ |
| 30 | | | Install grid between ceiling tiles on the east side near door | ✓ |
| 31 | | | Touch up strut inside and out | ✓ |
| | | | Open side wall supply register | ✓ |

*Work done on 1-12-07*

# ACHP - PUNCHLIST PHASE II

| Item | Room No. | Location | Description | Work Status |
|------|----------|----------|-------------|-------------|
| 32 | | | Paint exposed ceiling grid edges | |
| 33 | | | Re-cut ceiling tile at strut | |
| 34 | A8108 | | Touch up strut inside and out | |
| 35 | | Open Area | Touch up wall west | |
| 36 | | | Touch up wall south | |
| 37 | | | Touch up pipes to remove green paint | ✓ |
| 38 | | | Paint exposed ceiling grid edges | ✓ |
| 39 | A8107 | | Adjust ceiling tile spacing at the access panel door -- gap at the wall is too large | ✓ |
| 40 | | Open Area | Remove paint from fire alarm strobe | |
| 41 | | | Paint exposed ceiling grid edges | |
| 42 | A8106 | Open Area | Open side wall supply register | ✓ |
| 43 | | | Touch up strut inside and out | |
| 44 | | | Touch up pipes to remove green/white paint | ✓ |
| 45 | | | Paint exposed ceiling grid edges | ✓ |
| 46 | A8105 | Open Area | Clean light fixture   *See #34 on Phase 1.* | ✓ |
| 47 | | | Remove paint under window | |
| 48 | | | Touch up strut inside and out | |
| 49 | | | Paint exposed ceiling grid edges | ✓ |
| 50 | A8104 | Office | Touch up north wall | ✓ |
| 51 | | | Paint plugs on the door | ✓ |
| 52 | | | Touch up south wall | ✓ |
| 53 | | | Paint window trim | ✓ |
| 54 | | | Patch hole in north wall above the light fixture | ✓ |
| 55 | | | Paint exposed ceiling grid edges | |
| 56 | | | Secure access panel | ✓ |
| 57 | A8103 | Office | Install perimeter light fixture cover | ✓ |
| 58 | | | Remove paint from light fixture | |
| 59 | | | Paint plugs on the door | |
| 60 | | | Touch up south wall | |
| 61 | | | Touch up nick window sill | |
| 62 | A8102 | Open Area | Install thermostat - thermostat is in open area A8105 | |
| | | | Paint exposed ceiling grid edges | |
| 63 | | | Re-cut ceiling tiles at strut | ✓ |

work or
done or
1-12-07

# ACHP - PUNCHLIST PHASE II

| Item No. | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 64 | | | Touch up strut inside and out | |
| 65 | | | Remove paint from the base on the east wall | |
| 66 | | | Touch up north east column | |
| 67 | | | Adjust supply diffuser | |
| 68 | | | Adjust lamp in 2 x 4 light fixture - lamp not working | ✓ |
| 69 | | | Touch up ceiling tiles | |
| 70 | | | Paint exposed ceiling grid edges | |
| 71 | A8101 | File Area | Clean light fixture | ✓ |
| 72 | | | Install grid at hole on the east wall | |
| 73 | | | Paint exposed ceiling grid edges | |
| 74 | A8100 | Entrance | Trim/tuck carpet at the south wall | ✓ |
| 75 | | | Re-cut ceiling tile around conduit | ✓ |
| 76 | | | Remove spackle/paint from north window | ✓ |
| 77 | | | Paint raceway on the east wall to match wall | ✓ |
| 78 | | | Remove paint from wood trim | ✓ |
| 79 | | | Paint exposed ceiling grid edges | ✓ |
| 80 | | | Remove paint from door knob at electrical closet | ✓ |
| 81 | A8401 | Conference Rm | Relocate exist signs | |
| 82 | | | Touch up strut | ✓ |
| 83 | | | Touch up east wall behind the strut | ✓ |
| 84 | | | Touch up ceiling tiles | |
| 85 | | | Paint exposed ceiling tile edges | ✓ |
| 86 | | | Install plate over outlet in the closet | ✓ |
| 87 | | | Secure panel door | ✓ |
| 88 | A8400 | Break Room | Install cove light fixtures | |
| 89 | | | Perimeter light fixture not working | ✓ |
| 90 | | | Repaint south wall - paint stops are visible | ✓ |
| 91 | | | Buff marks or replace floor tiles | ✓ |
| 92 | | | Replace short ceiling tile in the closet | ✓ |
| 93 | | | Install cover plate over outlets in closet | ✓ |
| 94 | | | Adjust 2 x 4 light fixture | ✓ |
| 95 | | | Patch hole above ceiling | |

Handwritten annotations:
- (top right margin) Work done on 1-12-07
- (near item 83) Tile moved after Oct 2006
- (bottom) We cannot install cover thru phone jack. It appears to be a proprietary type data phone in the breakroom

3

# ACHP - PUNCHLIST PHASE II

| Item No. | Room No. | Location | Description | Work Status |
|---|---|---|---|---|
| 93 | | | Touch up plugs on the inside of the wall cabinets | |
| 94 | | | Fill in grid hole at the north wall | |
| 95 | | | Secure pipe collar under the sink | |
| | | Behind East Stairs | Apply 2nd coat of paint to match existing walls (piping enclosure) | ✓ |
| | | General | Balance the above spaces | ✓ |

Work done on 1-12-07

**Notes**
✓  Completed Items

4

1/8/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA )
FOR THE USE AND BENEFIT of the )
HIGHLAND RENOVATION CORP. )
6705 Kelly Road )
Warrenton, VA 20187 )
                              )
               Plaintiff, )   Case: 1:07-cv-01902
                              )   Assigned to: Roberts, Richard W.
       v. )   Assign. Date: 10/22/2007
                              )   Description: Contract
HANOVER INSURANCE GROUP )
d/b/a HANOVER INSURANCE COMPANY )
440 Lincoln Street )
Worcester, MA 01653 )
                              )
           Defendant. )

---

### AFFIDAVIT OF ROBERT HARPER

COMMONWEALTH OF VIRGINIA)
                      ) ss
COUNTY OF FAIRFAX         )

      BEFORE ME, a Notary Public in and for the Commonwealth of Virginia, on this 3rd day of December 2007, personnally appeared Robert Harper, the undersigned Affiant, who after being duly sworn on oath, states as follows:

      My name is Robert Harper, and I am over Twenty-One (21) years of age, of sound mind, capable of making this Affidavit, and I am fully competent to testify to the matters stated herein. I have direct personal knowledge of each of the matters stated herein, and the statements made in this Affidavit are true and correct. I am

the President and Owner of Highland Renovation Corporation.  As President and Owner of Highland Renovation, I have direct knowledge and information to which I attest in this Affidavit.

I have reviewed the Memorandum in Opposition to Defendant's Motion to Dismiss to which this Affidavit is attached, and I have specifically reviewed Exhibits "A" and "B" which I provided to our Counsel for inclusion with the Memorandum in Opposition, and the matters set forth in those Exhibits are true and correct copies of communications between my Company and Rob Johnson of Military Personnel Services Corporation pertaining to work my Company performed under Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221, and GS-11-P-06-ZG-C-0166 for the General Services Administration at the Old Post Office Pavillion in Washington, D.C. between September 8, 2006 through January 12, 2007.

Our Invoices for that work are currently pending with General Services Administration for payment.

The information submitted with Defendant's Motion to Dismiss that my Company last performed labor in July 2006 for work under Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221, and GS-11-P-06-ZG-C-0166 is not correct as should be evident from the Exhibits "A" and "B" attached to the Memorandum in Opposition to Defendant's Motion to Dismiss.  We performed work on those Contracts until January 12, 2007 with our personnel and our Subcontractors.

Further, Affiant sayeth not.

-2-

*Robert L. Harper, Pres.*

_____
Robert Harper
President
Highland Renovation Corporation


Executed, subscribed and sworn to before me this 3rd day of December 2007.


*Lourdes Jeanne C. Abalo*

_____
Notary Public


My Commission Expires:  6/30/11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT of the<br>HIGHLAND RENOVATION CORP.<br>6705 Kelly Road<br>Warrenton, VA 20187<br><br>                Plaintiff,<br><br>              v.<br><br>HANOVER INSURANCE GROUP<br>d/b/a HANOVER INSURANCE COMPANY<br>440 Lincoln Street<br>Worcester, MA 01653<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:07-cv-01902
Assigned to: Roberts, Richard W.
Assign. Date: 10/22/2007
Description: Contract

## AFFIDAVIT OF REBA BURBACH

COMMONWEALTH OF VIRGINIA)
                           ) ss
COUNTY OF FAIRFAX         )

BEFORE ME, a Notary Public in and for the Commonwealth of Virginia, on this 3rd day of December 2007, personnally appeared Reba Burbach, the undersigned Affiant, who after being duly sworn on oath, states as follows:

My name is Reba Burbach, and I am over Twenty-One (21) years of age, of sound mind, capable of making this Affidavit, and I am fully competent to testify to the matters stated herein. I have direct personal knowledge of each of the matters stated herein, and the statements made in this Affidavit are true and correct. I am

a Project Manager for Highland Renovation Corporation. I was the Project Manager for all work performed by Highland Renovation under Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221, and GS-11-P-06-ZG-C-0166 at the Old Post Office Pavillion in Washington, D.C. for Military Personnel Services Corporation. As the Project Manager for those Contracts, I have direct knowledge and information to which I attest in this Affidavit.

I have reviewed the information submitted with Plaintiff's Opposition to Defendant's Motion to Dismiss to which this Affidavit is attached. The Exhibits and Matters set forth in the Memorandum in Opposition to Defendant's Motion contain true and correct statements and accurately reflect communications between myself, Robert Harper, and Rob Johnson for work performed by Plaintiff between September 8, 2006 and January 12, 2007 under Contract Nos. GS-11-P-04-ZG-C-0212, GS-11-P-04-ZG-C-0221, and GS-11-P-06-ZG-C-0166.

Plaintiff and its subcontractors last performed Punch List Work under those Contracts on January 12, 2007 and not in July 2006 as alleged by Rob Johnson in Defendant's Motion to Dismiss.

The Certified Payroll Information included in Exhibit "A" reflects the work performed by Highland Renovation Corporation Personnel and its subcontractors between September 8, 2006 and January 12, 2007.

The said Certified Payroll Information was submitted by Highland Renovation Corporation to Military Personnel Services Corporation for payment, but payment

-2-

has not been received as yet by Highland Renovation Corporation.   It is my understanding there are still negotiations going on between Military Personnel Services Corporation and General Services Administration concerning the payment for Change Order Work involving those payrolls.

Further, Affiant sayeth not.

_Reba Burbach_
Reba Burbach

Executed, subscribed and sworn to before me this 3rd day of December 2007.

_Lourdes Jeanne C. Abalo_
Notary Public

My Commission Expires: 6/30/11

-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA )
FOR THE USE AND BENEFIT of the )
HIGHLAND RENOVATION CORP. )
6705 Kelly Road )
Warrenton, VA 20187 )
                            )
            Plaintiff, )        Case: 1:07-cv-01902
                            )   Assigned to: Roberts, Richard W.
        v. )                    Assign. Date: 10/22/2007
                            )   Description: Contract
HANOVER INSURANCE GROUP )
d/b/a HANOVER INSURANCE COMPANY )
440 Lincoln Street )
Worcester, MA 01653 )
                            )
            Defendant. )

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

This matter comes before the Court upon Defendant's Motion to Dismiss for

Lack of Subject Matter Jurisdiction . After due consideration of all arguments and

evidence submitted by Defendant's Counsel and the Opposition filed by Plaintiff,

it appears that Defendant's Motion should not be granted, it is therefore

ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss

for Lack of Subject Matter Jurisdiction is hereby denied.

Signed this _____ day of _____, 200___.


                              _____
                              United States District Judge