**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **for the use and benefit of the** | ) | |
| **HIGHLAND RENOVATION CORPORATION** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:07-CV-01902** |
| | ) | **Assigned to: Roberts, Richard W.** |
| | ) | **Assign. Date: 10/22/07** |
| **HANOVER INSURANCE GROUP** | ) | **Description: Contract** |
| **d/b/a HANOVER INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

Gordon P. Peyton, Trustee in Bankruptcy for Highland Renovation Corporation, moves that he be substituted as plaintiff for Highland Renovation Corporation in this proceeding and in support thereof states as follows:

1. On or about April 11, 2008 Highland Renovation Corporation filed a Chapter 7 bankruptcy petition in the United States bankruptcy Court for the Eastern District of Virginia, Case No. 08-11926-SSM.

2. On or aboutApril 12, 2008, Gordon P. Peyton was appointed Chapter 7 Trustee in Bankruptcy for the plaintiff and has continued to serve as Trustee through that date to the present.

3. Gordon P. Peyton, by virtue of his appointment as Trustee in Bankruptcy, stands in the shoes of the plaintiff Highland Renovation Corporation in its action against Hanover Insurance Group.

4.  Highland Renovation Corporation consents to this substitution.

5.  The Defendant consents to this substitution.

6.   Accordingly, Gordon P. Peyton, Trustee in Bankruptcy, should be substituted as the plaintiff in this proceeding, so that he may continue to pursue the proceeding as an asset of the bankruptcy estate.

### Statement of Points and Authorities

1.  The commencement of a case under Bankruptcy Code section 301 creates an estate comprised of, *inter alia*, all legal or equitable interests of the Debtor in property as of the commencement of the case.  11 U.S.C. §541 (a)(1).  The plaintiff's claim against the defendant in this case accordingly constitutes an asset of the bankruptcy estate.

2.  The trustee in bankruptcy has a duty to collect and reduce to money the property of the bankruptcy estate.   11 U.S.C. §704.   To the extent that the plaintiff Highland Renovation Corporation has a claim against Hanover Insurance Group, that claim is property of the estate, and the trustee is empowered to pursue that claim and step into the shoes of the plaintiff debtor in its action against a defendant.

### Statement of Compliance with Local Rule LCvR7(M)

Counsel for the Trustee has conferred with all counsel in this case and this motion is unopposed.

WHEREFORE, Gordon P. Peyton, Trustee in Bankruptcy moves that he be substituted as plaintiff in this action..

Respectfully Submitted,

/s/ John E. Coffey
John E. Coffey (DC Bar No. 434120)
REDMON, PEYTON & BRASWELL, LLP
510 King St.
Suite 301
Alexandria, Virginia 22314
(703) 684-2000
(703) 684-5109 (Fax)
e-mail: jcoffey@rpb-law.com
Counsel for Gordon P. Peyton, Trustee in
Bankruptcy for Highland Renovation
Corporation

**Certificate of Service**

I hereby certify that on the 21st day of August, 2008, a copy of the foregoing was mailed, first class postage prepaid, to the following:

Dawn C. Stewart
STEWART & HENRY, PLLC
1050 Connecticut Ave, NW
Suite 1000
Washington, DC 20036
*Counsel for Defendant*

James E. Pinkowski
3900 University Drive
Suite 200
Fairfax, VA 22030
*Counsel for Plaintiff*

/s/ John E. Coffey
John E. Coffey

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of the<br>HIGHLAND RENOVATION CORPORATION | )<br>)<br>)<br>) | |
| **Plaintiff** | )<br>) | |
| v. | )<br>)<br>)<br>) | Case No.  1:07-CV-01902<br>Assigned to: Roberts, Richard W.<br>Assign. Date: 10/22/07 |
| HANOVER INSURANCE GROUP<br>d/b/a HANOVER INSURANCE COMPANY | )<br>)<br>) | Description: Contract |
| **Defendant** | )<br>) | |
| _____ | ) | |

**UNOPPOSED ORDER SUBSTITUTING
GORDON P. PEYTON, TRUSTEE AS PLAINTIFF**

Upon motion of Gordon P. Peyton, Trustee in Bankruptcy to be substituted as plaintiff

in this action, and.

IT APPEARING TO THE COURT that the motion is unopposed and should be granted,

IT IS HEREBY ORDERED that the motion of Gordon P. Peyton, Trustee in

Bankruptcy for Highland Renovation Corporation, be, and the same is hereby, GRANTED and

that Gordon P. Peyton, Trustee in Bankruptcy for Highland Renovation Corporation be

substituted in the place and stead of Highland Renovation Corporation in this proceeding.

Entered this_____ day of_____,


_____
United States Magistrate Judge